**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Mario Escalante, Petitioner,

v.

David L. Rodgers and Janice W. Rodgers, d/b/a Whitehall Express Mart, Respondents.

Appellate Case No. 2020-000689

———

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———

Appeal from Anderson County
R. Lawton McIntosh, Circuit Court Judge

———

Opinion No. 2021-MO-008
Heard May 5, 2021 – Filed May 12, 2021

———

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———

Donald Loren Smith, of Attorney Office of Donald Smith, of Anderson, for Petitioner.

Phillip E. Reeves and Nicholas Andrew Farr, both of Gallivan, White & Boyd, PA, of Greenville, for Respondents.

---

**PER CURIAM:**  We issued a writ of certiorari to review the court of appeals' decision in *Escalante v. Rodgers*, Op. No. 2020-UP-021 (S.C. Ct. App. filed Jan. 29, 2020).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW, and JAMES, JJ., concur.**